UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
GIANNIS ANTETOKOUNMPO, :
:
                        Plaintiff, :
:     22-CV-408 (VSB)
        -against- :
:     **ORDER**
LEAF TRADING CARDS, LLC, :
:
                       Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on January 17, 2022. (Doc. 1). On February 11, 2022, Plaintiff filed executed summonses indicated that Defendant had been served on February 9, 2022. (Doc. 11.) Defendant's response to Plaintiff's complaint was due on March 2, 2022. (*Id.*) Defendant has yet to respond to the complaint or appear in this action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 1, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 10, 2022
           New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge