UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>                        Plaintiff,<br><br>        -against-<br><br>LEAF TRADING CARDS, LLC,<br><br>                        Defendant. | 1:22-cv-00408 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       On September 23, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 26. The deadline for that filing has now passed and the parties failed to file the letter. Accordingly, the parties shall file such letter promptly but at least by **October 24, 2022**.

Dated: October 19, 2022
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge