UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>        Plaintiff,<br><br>  -against-<br><br>LEAF TRADING CARDS, LLC,<br><br>        Defendant. | 1:22-cv-00408 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has reviewed the parties' joint letter, dated October 24, 2022.  ECF No. 28. Counsel for all parties shall appear for a status conference on **November 3, 2022** at **11:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.  The parties shall, by **November 1, 2022**, file a proposed Revised Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules 1.F. and 2.D.

Dated: October 25, 2022
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge